In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-13-00151-CV
_____


IN RE TRACY BOLLINGER

_____

Original Proceeding

_____

MEMORANDUM OPINION

In this mandamus proceeding, Tracy Bollinger contends Qualified Domestic Relations Orders signed by the trial court are void because they were signed after the relator filed a notice of appeal from the decree of divorce. Relator contends the orders alter the terms of the decree. *See* Tex. Fam. Code Ann. §§ 9.007, 9.101 (West 2006). After reviewing the mandamus petition, mandamus record, and response filed by the real party in interest, we conclude the relator has not shown he is entitled to mandamus relief. *Id.* Accordingly, we deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on April 11, 2013
Opinion Delivered April 25, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.